\* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

__NORTHERN__ DISTRICT OF __NEW YORK__

**JUDGMENT IN A CIVIL CASE**

DOCKET NO.      3:04cv660 (GLS/GJD)

RONNIE D. UPDYKE,

                **Plaintiff(s),**

v.

COMMISSIONER OF SOCIAL SECURITY,

                **Defendant(s).**

_____ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___x___ **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the Report and Recommendations of USMJ DiBianco is accepted and adopted, the decision of the Commissioner be affirmed and the complaint be dismissed, all in accordance with the Memorandum-Decision and Order of the Hon. Gary L. Sharpe, US District Judge, dd 4/17/06.

*(signature)*
Clerk of Court

DATE: __April 18, 2006__

s/WILLIAM J. GRIFFIN
By: _____
DEPUTY CLERK